[Civil No. 1719.  Filed November 28, 1919.]

[185 Pac. 358.]

# RALPH H. CAMERON, Appellant, v. EDWARD J. BONSALL, Appellee.

APPEAL AND ERROR—REVIEW OF FINDING ON CONFLICTING EVIDENCE.—
Where appeal is taken from a refusal to set aside an order in
supplemental proceedings requiring appellant to personally appear
and answer concerning his property, and evidence as to whether
or not he was a resident of the county, within Civil Code of 1913,
paragraph 1385, is conflicting, the judgment of the trial court
will not be disturbed.

APPEAL from a judgment of the Superior Court
of the County of Maricopa.  F. H. Lyman, Judge.
Affirmed.

Mr. J. E. Morrison, for Appellant.

Mr. W. H. Stillwell, for Appellee.

BAKER, J.—This appeal was taken from the order
of the superior court of Maricopa county, denying
appellant's motion to vacate and set aside an order
in supplemental proceedings issued by the said supe-
rior court in the case, requiring the appellant to per-
sonally appear before the court and answer under
oath concerning his property and his ability to pay
and satisfy a judgment which had been theretofore
rendered against him in the case by the said court.
The motion to vacate and set aside the order was
made upon the ground that the appellant was not a
resident of Maricopa county, but resided in Coconino
county.  Revised Statutes of Arizona 1913, par. 1385.
The matter was heard by the court on affidavits
which sharply conflicted on the question of appel-
lant's residence, and the court having determined the

XXI Ariz.—4

matter adversely to the appellant, upon conflicting evidence, we will not disturb the order.

Judgment of the lower court is affirmed.

CUNNINGHAM, C. J., and ROSS, J., concur.